IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES BAGLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-056-D |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 22, 2019 the United States Magistrate Judge entered findings and conclusions on defendant Allstate Fire and Casualty Insurance Company's October 17, 2018 motion for summary judgment. The magistrate judge recommends that the motion be denied. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendant's October 17, 2018 motion for summary judgment is denied.

**SO ORDERED**.

February 14, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE